```
              UNITED STATES DISTRICT COURT
          FOR THE WESTERN DISTRICT OF TENNESSEE
                WESTERN DIVISION AT MEMPHIS
```
_____

THELMA L. FLEMING            )
                             )
    Plaintiff,               )
                             )
v.                           )    No. 2:12-cv-2342-JPM-tmp
                             )    Jury Trial Demanded
GASTROENTEROLOGY CENTER OF   )
THE MIDSOUTH, P.C.           )
                             )
    Defendant.               )

_____

### JUDGMENT
_____

**JUDGMENT BY COURT.**  This action having come before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice (ECF No. 24), filed March 15, 2013,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal Without Prejudice (ECF No. 24), and Federal Rule of Civil Procedure 41, all claims by Plaintiff against Defendant be and hereby are **DISMISSED WITHOUT PREJUDICE.**

APPROVED:

s/ JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

March 15, 2013
Date